IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MELECIO ARREOLA-LOPEZ,**

**Petitioner,**

**v.**

**UNITED STATES OF AMERICA,**      No. 07-CV-00780-DRH

**Respondent.**      No. 06-CR-30077-01-MJR

### ORDER

**HERNDON, Chief Judge:**

  Defendant Arreola-Lopez previously appeared and was sentenced in another case, 06-CR-30077-01, before Judge Michael J. Reagan. Although Defendant Arreola-Lopez has also appeared and was sentenced in a case before this Court, 03-CR-30121-DRH, the present 2255 petition relates to the 06-CR-30077 case. In light of Judge Reagan's familiarity with that specific case, this action is **REASSIGNED** to Judge Reagan. All future filings should bear civil case number 07-780-MJR.

  **IT IS SO ORDERED.**

  Signed this 6th day of November, 2007.

              /s/  DavidRHerndon
              **Chief Judge**
              **United States District Court**