# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MELECIO ARREOLA-LOPEZ,** | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | **CIVIL NO. 07-cv-780-MJR** |
| vs. | ) | |
| | ) | **CRIMINAL NO. 06-cr-30077-MJR** |
| **UNITED STATES of AMERICA ,** | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

## JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**. Ground one of this action is summarily **DISMISSED** with prejudice. Ground two of this action is severed into a new action. Petitioner's claim that the Federal Bureau of Prisons is improperly executing his sentences is **DISMISSED**, without prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

|  November 26, 2008  | By: | **s/ Michael J. Reagan** |
|---|---|---|
| *Date* | | *District Judge* |